# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF   NEVADA

BROTHERHOOD MUTUAL
INSURANCE COMPANY,

      Plaintiff,　　　　　　　　JUDGMENT IN A CIVIL CASE
v.

                                      CASE NUMBER:  3:16-cv-00243-LRH-WGC

TEEN CHALLENGE OF
NEVADA INC, et al.,

      Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Brotherhood Mutual Insurance Company's motion for default judgment (ECF No. 15) is GRANTED. Judgment is entered in favor of Plaintiff Brotherhood Mutual Insurance Company and against Defendants David P. Davis and Kari F. Davis.

<u>May 3, 2017</u>　　　　　　　　　　　　　　　　　**DEBRA K. KEMPI**
　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　 <u>/s/ K. Rusin</u>
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk